United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-18275-ref
Pamela J. Holubowski                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Dec 27, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db             +Pamela J. Holubowski,     4004 Charles Drive,    Danielsville, PA 18038-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          PAUL H. YOUNG    on behalf of Debtor Pamela J. Holubowski support@ymalaw.com,   ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 3

## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **PAMELA J. HOLUBOWSKI**       :          **CHAPTER 13**
                                                                          :
         **Debtor**                                       :          **NO. 17-18275**

## ORDER

AND NOW, upon consideration of the Motion for Extension of Time filed by Paul H.

Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an

additional sixteen (16) days **or until January 6, 2018** in which to file the Debtors' Schedules,

Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: December 27, 2017**

_____
                                                                                          J.

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA    19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtor