UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

PAMELA J HOLUBOWSKI
                                       : Bankruptcy No. 17-18275REF
      Debtor(s)            : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 29, 2018**

_(signature)_

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM PA 19020-

PAMELA J HOLUBOWSKI
4004 CHARLES DRIVE
DANIELSVILLE,PA.18038