United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Pamela J. Holubowski
    Debtor

Case No. 17-18275-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Mar 29, 2018
Form ID: pdf900     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.

```
db          +Pamela J. Holubowski,    4004 Charles Drive,    Danielsville, PA 18038-9534
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14055950    +EMBRACE HOME LOANS, INC.,    ROUNDPOINT MORTGAGE SERVICING CORPORATIO,
              5016 PARKWAY PLAZA BLVD., SUITE 200,    CHARLOTTE NC 28217-1930
14053037    +Embrace Home Loans, Inc.,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,
              Philadelphia, PA 19103-1814
14032906    +Embrace Home Loans, Inc.,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
              Philadelphia, PA 19106-1541
14025138    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
14025137    +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
14025139    +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:10:26
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2018 04:10:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JODI L. HAUSE    on behalf of Creditor    Embrace Home Loans, Inc. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Pamela J. Holubowski support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Embrace Home Loans, Inc. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

PAMELA J HOLUBOWSKI
                                                  : Bankruptcy No. 17-18275REF
    Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 29, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM PA 19020-

PAMELA J HOLUBOWSKI
4004 CHARLES DRIVE
DANIELSVILLE,PA.18038